435 A.2d 179

**COMMONWEALTH of Pennsylvania**

v.

**Thomas R. WARE, Appellant.**

Supreme Court of Pennsylvania.

Argued Sept. 17, 1981.

Decided Oct. 8, 1981.

Wendell G. Freeland, Pittsburgh, for appellant.

Robert E. Colville, Dist. Atty., Robert L. Eberhardt, Deputy Dist. Atty., Stella L. Smetanka, Asst. Dist. Atty., Kemel Alexander Mericli, Pittsburgh, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

## OPINION OF THE COURT

PER CURIAM:

The Judgment of Sentence of the Court of Common Pleas of Allegheny County is affirmed.

FLAHERTY, J., did not participate in the consideration or decision of this case.